

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

198 So. 878

**B. D. ROBERTS v. PHENIX CITY.**

**4 Div. 607.**

Court of Appeals of Alabama.
Nov. 7, 1940.

PER CURIAM.
Appeal dismissed for want of prosecution.

194 So. 892

**Jimmie ROBERTSON v. STATE.**

**8 Div. 945.**

Court of Appeals of Alabama.
Feb. 13, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

192 So. 922

**Red ROBERTSON v. STATE.**

**8 Div. 911.**

Court of Appeals of Alabama.
Dec. 19, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

190 So. 924

**Beck ROBISON v. STATE.**

**8 Div. 871.**

Court of Appeals of Alabama.
June 13, 1939.

Rehearing Stricken June 30, 1939.

H. H. Hamilton, of Russellville, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

190 So. 924

**Beck ROBISON v. STATE.**

**8 Div. 876.**

Court of Appeals of Alabama.
June 20, 1939.

Rehearing Stricken June 30, 1939.

H. H. Hamilton, of Russellville, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

190 So. 925

**Copeland ROBISON v. STATE.**

**8·Div. 882.**

Court of Appeals of Alabama.
June 6, 1939.

Rehearing Stricken June 30, 1939.